ALBANY GARAGE COMPANY, Appellant, v. ALFRED H. MUNSON and Others, as Executors, etc., of SARAH E. BIRDSEYE, Deceased, Respondents.— Motion granted. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

GUSSIE FRIEND, Appellant, v. LOUIS FRIEDMAN and Others, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

CHESTER HANES, Respondent, v. LANSON DUVALL, Appellant.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

BLANCHE B. TULLOCH, Appellant, v. FREDERICK W. HASELO, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

MATTIE W. MILLER, as Administratrix, etc., of GEORGE C. MILLER, Deceased, Appellant, v. SCHENECTADY RAILWAY COMPANY, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of RALPH DE CAPRIO, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, and question certified as follows: " Was there any evidence in the record upon which the State Industrial Board had jurisdiction to make a finding of fact of permanent loss of eighty per cent of useful vision of the right eye, and following that an award for the total loss of useful vision of said right eye? " Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

SUSAN ULSHOEFER, Respondent, v. FRANK SHEEHAN, Appellant.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

LILLIAN MENDE, Individually and as Executrix, etc., of CARL F. MENDE, Deceased, Appellant, v. FRED S. MENDE and Others, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANDREW SOVERSCANY, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ABRAHAM ITZKOWITZ, Respondent, against FINER & BACHRACH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs against the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY O'NEILL, Respondent, against CONSOLIDATED SHIPBUILDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FRANCES AUSSEM, as Administratrix, etc., of IDA J. SMITH, Deceased, Respondent, v. PETER E. SMITH, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.